## AFFIDAVIT OF SPECIAL AGENT VIRGINIA BENDA TOULOUSE

I, Virginia Benda Toulouse, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed as such since January 2016. I am currently assigned to the Boston Division, Child Exploitation Task Force and have been assigned to this Task Force since July 2018. While employed by the FBI, I have investigated federal criminal violations related to, among other things, the online sexual exploitation of children. I have received training in the area of child sexual abuse material (CSAM) and child exploitation, and have had the opportunity to observe and review thousands of examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 1470, 2422, 2423, 2251, and 2252A.

2. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Stephen LEMELIN (YOB 1974) with the knowing attempt to transfer of obscene material to a minor under the age of 16, in violation of Title 18, United States Code, Sections 1470 and 2 and possession of child pornography, in violation of Title 18, United States Code, Section 2252A.

4. The statements in this Affidavit are based on my own involvement in the investigation, and my observations; information provided by other FBI Special Agents and

analysts and other law enforcement officers; information obtained from other individuals; my review of records; and my training and background as a Special Agent with the FBI. Where statements of others are set forth in this affidavit, they are set forth in sum and substance and are not intended to be a verbatim record of those statements. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

### Obscene Material Transferred to a Minor

5. On May 18, 2023, an online covert employee ("OCE") assigned to the FBI Child Exploitation and Human Trafficking Task Force was conducting an investigation that involved locating and identifying adults that desire to sexually exploit children using both the internet and mobile cellular phone applications. These chats, using the cell phone application KiK, resulted in three federal search warrants 23-6582, 23-6583 and 23-6584, which were issued in the District of Massachusetts on November 24, 2023. The affidavit submitted in support of those warrants is attached hereto and incorporated by reference as Sealed Exhibit A. The subject chatted via the SUBJECT KIK ACCCOUNT.

6. One of the individuals the OCE communicated with over KiK was later identified as LEMELIN. The OCE told LEMELIN the OCE was a 14 year old female. Throughout the course of the chats, LEMELIN sent four images that depict an adult penis to the OCE via the SUBJECT KIK ACCOUNT as described below.

7. On May 22, 2023, LEMELIN sent two unsolicited images of a penis via the SUBJECT KIK ACCOUNT. The first image depicts an adult penis and testicles. The second

image depicts an erect adult penis with a hand next to it holding up to a Red Bull energy drink can.

8.      On September 14, 2023, LEMELIN sent the OCE an image of an adult male's erect penis and testicles via the SUBJECT KIK ACCOUNT.

9.      On October 19, 2023, LEMELIN sent the OCE a close-up image of an adult's erect penis and pubic area.

## Execution of Federal Search Warrants

10.     On November 27, 2023, FBI Agents and Task Force Officers (TFO) executed three federal search warrants: a search warrant for the person of STEPHEN LEMELIN, the Property Located 1 Glendale Road, Burlington, MA (LEMELIN's residence), and the Kik Messenger account identified by the username "Verynicehung8" and screen name "Steve Stretches" (LEMELIN's Kik account).

11.     STEPHEN LEMELIN was encountered on Glendale Road in Burlington, MA walking his dog. LEMELIN was read his *Miranda* warnings by an Agent and TFO and agreed to speak with the Agent and TFO. During the interview, LEMELIN stated he chatted with individuals online who said they were under 18 years old. LEMELIN stated he has an Apple iPhone, two Apple Macbooks and provided the passwords and passcodes for these devices. LEMELIN stated he coaches the high school wrestling team, which is a boys and girls team. He also coaches his minor child's sports teams, to include football, basketball, wrestling, baseball and soccer. Following the voluntary interview, LEMELIN agreed to take a polygraph examination. Prior to the polygraph examination, LEMELIN was again read his *Miranda* warnings by an FBI Agent and agreed to speak to that Agent and take the polygraph examination.

12.     During the polygraph process, LEMELIN stated he discussed meeting up with what

he believed to be a 14 year old female, though he never intended to meet with her. He admitted to asking what he believed was a 14 year old female if she "ever got wet" and her "experiences[1]." This is corroborated by the Kik communications between the OCE and LEMELIN over Kik. Copies of the screen shots of the communication between the two have been retained by the FBI.

13. LEMELIN admitted to sending "two to three" unsolicited pictures of his penis to what he believed was a 14 year old female. LEMELIN admitted that one of these images is of LEMELIN's penis next to a Red Bull can. LEMELIN stated he was "pretty aggressive" regarding the chats with this person.

14. During the execution of these search warrants, two cell phones belonging to LEMELIN were seized: an iPhone and a blue Apple iPhone 12 Pro Max IMEI 357061225834093 (herein referred to as Apple iPhone 12 Pro Max). The Apple iPhone 12 Pro Max was found on the LEMELIN's person. Following the search warrant, the evidence was brought back to the FBI, 201 Maple Street, Chelsea, MA, where the FBI New England Regional Computer Forensics Lab (NERCFL) forensically extracted these two cell phones.

15. During the execution of these warrants, LEMELIN's wife, K.L.[2] and one minor child were also encountered in the residence. K.L. was provided with *Miranda* warnings and consented to speak with agents during the execution of the search warrant. K.L. stated that the home internet service is Xfinity and that the home internet is password protected. LEMELIN has a laptop in the basement and an iPhone. K.L. and the minor child do not use LEMELIN's laptop

---

[1] In my training and experience, in this context and having reviewed the chats that are being discussed, Lemelin is referring to sexual experiences.

[2] The identity of K.L. is known to the government, but is referred to herein by her initials for her privacy.

4

or cell phone. K.L. stated the minor child in the home has lots of children come over. K.L. advised LEMELIN is currently out of work but he is a wrestling coach for Burlington High School. K.L. stated sometimes the wrestling team travels overnight.

### Search of iPhone 12 Pro Max

16. A forensic review of the Apple iPhone 12 Pro Max revealed five images and one video of child sexual abuse material. I have reviewed these images and video and have provided descriptions of three[3]:

   a. Image named orig_1100261432412-g@groups.kik.com depicts a prepubescent female laying on her back. The child is between the ages of 7 and 9 years old. This assessment is based on the child's lack of development, and her size. She is visible from her mouth to her genitals. She is wearing a pink shirt that is pulled up to her

---

[3] I am aware that the "preferred practice" in the First Circuit is that a magistrate judge view images that agents believe constitute child pornography by virtue of their lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 17-19 (1st Cir. 2001) (affiant's "legal conclusion parroting the statutory definition […] absent any descriptive support and without an independent review of the images" insufficient basis for determination of probable cause). Here, however, the descriptions offered "convey to the magistrate more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F.3d 255, 261 (1st Cir. 2014) (distinguishing *Brunette*). The children described herein appear to range in age from approximately 2-9 years old; in all events, younger than eighteen. Furthermore, the descriptions of the files here are sufficiently specific as to the age and appearance of the alleged children as well as the nature of the sexual conduct pictured in each file, such that the Court need not view the files to find that they depict child pornography. *See United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images or provide a sufficiently specific description of the images to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added); *see also United States v. LaFortune*, 520 F.3d 50, 56 (1st Cir. 2008) (similarly emphasizing *Syphers* court's use of "or" in describing the *Brunette* "best practice"). Where I have included such nonconclusory, sufficiently specific descriptions, this Court need not view the imagery to find that it depicts child pornography. Nonetheless, the described imagery is available for review at the Court's request.

chest. She is not wearing any other clothes. Her legs are bent exposing her genitals, which are partially blocked by an adult male penis. The adult male penis is pushed against the minor female's genitals. The image appears to be a preview of a video as there is a play symbol in the center of the image. The forensic extraction of the Apple iPhone 12 Pro Max displays a created date of September 12, 2023 for this image.

b. Image a97d24a6d011a7c377c2dee09670f6a86957f3e1 depicts a minor female child. In this image, her face is visible and her mouth is over an adult male penis. Only a small portion of the penis is in the child's mouth due to the small size of her mouth because of her age. The child appears to be between the ages of 2 to 4 years old. This assessment is based on the features of the child's face, and the size of the child's face in comparison to the adult male penis. The forensic extraction of the Apple iPhone 12 Pro Max displays a created date of September 12, 2023 for this image.

c. Image orig_1100259216084_g@groups.kik.com depicts two prepubescent females who are both naked. Both girls appear to be between the ages of 7 to 9 years old and are both visible from their knees up. This assessment is based on the girls' lack of development; lack of pubic hair and lack of breast development. One girl has her leg on top of the other girl's shoulder. Both of the girls' genitals are visible. The forensic extraction of the Apple iPhone 12 Pro Max displays a created date of September 12, 2023 for this image.

17. As noted in paragraph 12 of Sealed Exhibit A (Search Warrant Affidavit), between the dates of May 18, 2023 and May 22, 2023, LEMELIN sent an image of a middle-aged white

male with short dark hair that was later confirmed to be LEMELIN. This image was found on the Apple iPhone 12 Pro Max.

## **CONCLUSION**

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that:

   a. On or about May 22, 2023, September 14, 2023 and October 19, 2023, Stephen Lemelin did attempt, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Sections 1470 and 2.

   b. On or about September 12, 2023, Stephen Lemelin knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been shipped and transported using any means and facility of interstate commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

19. I therefore respectfully request that the Court issue a complaint charging Lemelin with knowing transfer of obscene material to a minor under the age of 16, in violation of 18 U.S.C.

§1470, and possession of child pornography, in violation of 18 U.S.C. §2252A, and a warrant for Lemelin's arrest.

/s/ Virginia Benda Toulouse

VIRGINIA BENDA TOULOUSE
Special Agent
Federal Bureau of Investigation

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on May _____, 2024:   May 14, 2024

Honorable M. Page Kelley
United States Magistrate Judge