JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____
**Category No.** II
**Investigating Agency** FBI
**City** Burlington
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 23-MJ-6361-MPK
Search Warrant Case Number: 23-MJ-6582, 24-MJ-6583, 23-MJ-6584
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  Yes [ ]  No [✓]

**Defendant Information:**
Defendant Name: Stephen James Lemelin
Juvenile: Yes [ ] No [✓]
Is this person an attorney and/or a member of any state/federal bar: Yes [ ] No [✓]
Alias Name: _____
Address: _____
Birth date (Yr only): 1978
SSN (last 4#): _____
Sex: Male
Race: _____
Nationality: _____
Defense Counsel if known: Anthony R. Riccio
Address: 1147 Hancock Street Suite 212, Quincy, MA 02169
Bar Number: _____

**U.S. Attorney Information**
AUSA: David Tobin
Bar Number if applicable: 552558

Interpreter: Yes [ ] No [✓]  List language and/or dialect: _____
Victims: Yes [✓] No [ ]  If yes, are there multiple crime victims under 18 USC§3771(d)(2) Yes [ ] No [✓]
Matter to be SEALED: Yes [ ] No [✓]
Warrant Requested [ ]  Regular Process [✓]  In Custody [ ]
Location Status: On Pre-Trial Release
Arrest Date: May 15, 2024

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[✓] On Pretrial Release: Ordered by: Magistrate Judge M. Page Kelley on May 15, 2024

**Charging Document:** [ ] Complaint  [ ] Information  [✓] Indictment
**Total # of Counts:** [ ] Petty  [ ] Misdemeanor  [✓] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/2024   Signature of AUSA: /s/ David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Stephen James Lemelin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) AND (b)(2) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 1470 | Attempt to transfer obscene material to a minor under the age of 16 | 2 and 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013