UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA )
)
)
v. ) Criminal Action
) No. 24-10164-PBS
)
STEPHEN JAMES LEMELIN, )
)
Defendant. )

---

## VERDICT

As to the charge of Attempted Transfer of Obscene Material to Minor in violation of 18 U.S.C. § 1470, on or about May 22, 2023 (Count One):

WE, THE JURY, FIND THE DEFENDANT, STEPHEN JAMES LEMELIN:

_____ NOT GUILTY     \_\_\_✓\_\_\_ GUILTY

As to the charge of Attempted Transfer of Obscene Material to Minor in violation of 18 U.S.C. § 1470, on or about September 14, 2023 (Count Two):

WE, THE JURY, FIND THE DEFENDANT, STEPHEN JAMES LEMELIN:

_____ NOT GUILTY     \_\_\_✓\_\_\_ GUILTY

As to the charge of Attempted Transfer of Obscene Material to Minor in violation of 18 U.S.C. § 1470, on or about October 19, 2023 (Count Three):

**WE, THE JURY, FIND THE DEFENDANT, STEPHEN JAMES LEMELIN:**

_____ NOT GUILTY    \_\_\_✓\_\_\_\_ GUILTY

I certify that the jury unanimously concurs in the above answer.

12/3/2025
DATE                                FOREPERSON'S SIGNATURE